IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2025 MAY -1 A 8: 23

TRACY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ROGER JAMES ZORN Sr.

Plaintiff(s),

CIVIL ACTION NO.

JURY DEMAND (MARK ONE)

☒ YES   ☐ NO

2:25-cv-00334-MHT-JTA

v.

NATIONAL HIGHway TRAFFIC SAFETY ADMINISTRATION
Defendant(s).
STEVEN CLIFF ADMINISTRATOR

COMPLAINT

1. Plaintiff(s)' address and telephone number: 1927 Hwy. 177 BONIFAY, FLORIDA 32425

2. Name and address of defendant(s): NATIONAL HIGHway SAFETY ADMINISTRATION STEVEN CLIFF ADMINISTRATOR 1200 New Jersey Avenue SE, West Building Washington, D.C. 885-327-4296

3. Place of alleged violation of civil rights: Violation of Civil Rights, Violation the constitution.

4. Date of alleged violation of civil rights: April 23, 2023

5. State the facts on which you base your allegation that your constitutional rights have been violated: Wrongful Death, Leaving the Scene of A Fatal hit and Run accident. TAMPERING with evidence and Elder Abuse. Financial Exploitation and Financial Abuse... (PTSD)

1

6. Relief requested: IN Money damages Five Hundred TRiLLion dallers For pain, Suffering and Sorrow, Ending the Zorn Family name from existance that I had worked so hard for all my Life...
You don't understand...
GOD Bless

Date: April 25, 2025       Roger James Zorn Sr.
_____
Plaintiff(s) Signature

2









PRIORITY MAIL EXPRESS®

PRESS FIRMLY TO SEAL

This product is for use with Priority Mail Express®. Misuse may be a violation of federal law. This label is not for resale.

PAPER POUCH

how2recycle.info

United States Postal Service®

VISIT US AT USPS.COM®
Label 119, Nov 2018

PRIORITY MAIL EXPRESS FLAT RATE ENVELOPE POSTAGE REQUIRED

FOR DOMESTIC AND INTERNATIONAL USE

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

**Retail**

UNITED STATES POSTAL SERVICE®

36104

RDC 07

U.S. POSTAGE PAID
PME
CHIPLEY, FL 32428
APR 28, 2025

$35.50

S2324P506863-06

39

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EI 214 403 053 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE (850) 768-8532

Roger Zorn
1927 Hwy 177
Bonifay, Fl
32425

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

US District Court Clerk
1 Church Street B-110
montgomery, Ala,
36104

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

PAYMENT BY ACCOUNT (if applicable)

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
| --- | --- |
| | |

ORIGIN (POSTAL SERVICE USE ONLY)

☐ 1-Day ☒ 2-Day ☐ Military ☐ DPO

| | | | |
| --- | --- | --- | --- |
| PO ZIP Code: 32428 | Scheduled Delivery Date (MM/DD/YY): 4-30-25 | Postage: $ 31.40 | |
| Date Accepted (MM/DD/YY): 4-28-25 | Scheduled Delivery Time: ☒ 6:00 PM | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 937 ☒ AM ☐ PM | | Return Receipt Fee: $ 4.10 | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: $ 35.50 | |
| Weight ☒ Flat Rate lbs. ozs. | Acceptance Employee Initials: JG | | |

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| --- | --- | --- |
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021 PSN 7690-02-000-9996